UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,  ) ) | |
| Plaintiff, ) ) | No. 1:16-cv-1288 |
| -v- ) ) | HONORABLE PAUL L. MALONEY |
| JESSIE L. GOSLYN ET AL., ) | |
| Defendants. ) | |
| _____) | |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 25), dismissing this action without prejudice consistent with Fed. R. Civ. P. 41(b), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:  July 25, 2017                   /s/ Paul L. Maloney
                                       Paul L. Maloney
                                       United States District Judge

1